[No. 21223-8-III. Division Three. September 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN L. SWIGER, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-- kane County, No. 96-1-00767-7, Robert D. Austin, J., entered May 17, 2002. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[Nos. 48152-5-I; 51738-4-I. Division One. September 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY BARTLETT JONES, JR., *Appellant*.

*In the Matter of the Personal Restraint of* JERRY BARTLETT JONES, JR., *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00170-0, Gerald L. Knight, J., entered February 15, 2001, together with a petition for relief from personal restraint. Judgment *reversed* and petition *dismissed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Kennedy, JJ.

[Nos. 50768-1-I; 51060-6-I. Division One. September 29, 2003.]

LARRY A. LACKIE, *Respondent*, v. RENEE ELLIS, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 00-2-30633-4, Michael Heavey, J., entered June 14, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, A.C.J., and Kennedy, J.